UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TONI-ANN IORIO,**

    **Plaintiff,**

v.                                                      Case No.  8:06-cv-584-T-30EAJ

**B.G.P., INC. d/b/a PELTZ SHOES,**
**a Florida Corporation,**

    **Defendant.**
_____/

## **ORDER OF DISMISSAL**

Before the Court is the Joint Stipulation and Order for Dismissal With Prejudice (Dkt. #11).  In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, with each party to bear their own attorney's fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on February 2, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2006\06-cv-584.dismissal 11.wpd